# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Cristian Angel Chavez Roan, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Samuel J. Olson, et al., | ) Case No. 3:25-cv-288 |
| Defendants. | ) |

Petitioner Cristian Angel Chavez Roan moves to dismiss (Doc. 23). Roan was granted a bond hearing before an immigration judge on January 7, 2025. <u>Id.</u> Given that, Roan's motion to dismiss (Doc. 23) is **GRANTED**. Roan's petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Court also **FINDS AS MOOT** Roan's motion for a temporary restraining order (Doc. 3), motions to expedite and for a preliminary injunction (Doc. 6), and Magistrate Judge Alice R. Senechal's Report and Recommendation (Doc. 16).

**IT IS SO ORDERED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated this 12th day of January, 2026.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court