Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Cristian Angel Chavez Roan,

                Plaintiff,

vs.

Samuel J. Olson, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   3:25-cv-288

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Given that, Roan's motion to dismiss (Doc. 23) is GRANTED. Roan's petition (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

Date:  January 12, 2026

KARI M. KNUDSON, CLERK OF COURT

by:  */s/ Bre Solberg Luedtke, Deputy Clerk*